**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0028 |
| ) | |
| **JASIM LEWIS.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated September 23, 2025, ECF No. 53, recommending that the Defendant's plea of guilty to Count One of the Indictment, Distribution of a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 53, is **ADOPTED;** it is further

**ORDERED** that Defendant Jasim Lewis' plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Jasim Lewis is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **November 7, 2025;** it is further

*United States v. Lewis*
Case No. 3:25-cr-0028
Order
Page **2** of **2**

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **November 21, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **December 5, 2025;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **December 19, 2025;** and it is further

**ORDERED** that a sentencing hearing shall be held on **January 22, 2026, at 9:30 A.M. in STT Courtroom No. 1**.

**Dated:** October 10, 2025                              *Robert A. Molloy*
                                                        **ROBERT A. MOLLOY**
                                                        **Chief Judge**